MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO SALINAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:24-cv-01344-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>Doc. 13 |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 30 days, from April 14, 2025, to May 14, 2025, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's first request for an extension of time. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing fluctuations and organizational changes, counsel for the Commissioner has been tasked with additional duties including serving as a

jurisdictional coordinator, reviewing other attorneys' work, training and mentoring other attorneys, and handling more cases, including the instant case.  Despite diligent efforts to manage her workload, counsel for the Commissioner needs additional time in the instant case to review the administrative record, consider Plaintiff's arguments, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

                                              Respectfully submitted,

Dated: April 7, 2025                  PENA AND BROMBERG, PC

                                    By:*/s/ Jonathan O. Pena\**
                                          JONATHAN O. PENA
                                          Attorneys for Plaintiff
                                          [*As authorized by e-mail on Apr. 7, 2025]

Dated: April 7, 2025                  MICHELE BECKWITH
                                          Acting United States Attorney
                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation, Office 7

                                  By:    */s/ Margaret Branick-Abilla*
                                          MARGARET BRANICK-ABILLA
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

## **ORDER**

       Pursuant to the parties' stipulation and unopposed motion (Doc. 13), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on May 14, 2025, and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

       IT IS SO ORDERED.

       Dated:   **April 7, 2025**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE